**2008–1349. State ex rel. Sautter v. Grey.**
Morrow App. No. 06–CA–6, 2007-Ohio-1831. This cause is pending before the court as an appeal from the Court of Appeals for Morrow County. Upon consideration of appellants' application for dismissal,
  It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*October 17, 2008*

[Cite as *10/17/2008 Case Announcements #2,* 2008-Ohio-5393.]

## MOTION AND PROCEDURAL RULINGS

**2008–2027. The State ex rel. Myhal v. Brunner.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration thereof,
  It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows: Respondent's answer shall be filed no later than Monday, October 20, 2008. The parties shall file their briefs and evidence no later than Friday, October 24, 2008. The Clerk shall refuse to file any reply briefs or requests for extension of time. The Clerk shall immediately serve the complaint by email upon counsel for respondent.

# CASE ANNOUNCEMENTS

*October 20, 2008*

[Cite as *10/20/2008 Case Announcements,* 2008-Ohio-5390.]

## MOTION AND PROCEDURAL RULINGS